## BLACKBURN et v NORRIS

Ohio Appeals, 4th Dist, Brown Co

Decided Oct 31, 1933

Edgar G. Millar, Portsmouth, and Young & Barnes, Georgetown, for plaintiffs in error.

A. J. Kirkskaddon, Ripley, and Allen C. Roudebush, Cincinnati, for defendant in error.

For full opinion see 40 OLR 14; 189 NE 262; 46 Oh Ap 469.